Clerk's Office,

This is what I am submitting for my case.

Tina L. Lidy

Vs.

Stevens Industries (Joan Thies, James Buhnerkempe, Sandra Bushby)

19-cv-1266

Clerk's Office / Judge Magistrate, Mark Beatty

- Stevens Industries heinously, maliciously, vindictively went after me for misconduct and insubordination and I was never talked to, warned or written up for it.
- Joan Thies intentionally tried to get my unemployment denied and Joan Thies lied twice under oath to the appeal hearing judge when she told him:
    1. That she responded to the emails that I had sent. She nor anyone else responded to my emails or talked to me about anything.
    2. Joan Thies lied when she told the appeal hearing judge under oath that I said that I wasn't going to do something because it wasn't my job. She just threw that in there to try to get me denied and she did not show any proof or list anything specific.

- I believe Joan Thies also told the appeal hearing judge under oath that I did not violate any policies and the Administration Law Judge's Decision for my unemployment appeal hearing states on the bottom of the first page that "No written policies were provided."
- I shouldn't have had to file an appeal to try to get my unemployment. Joan Thies told me the day that she fired me that I could sign up for unemployment the next day. Joan's boss, James Buhnerkempe, was in her office when she fired me and told me this. I had waited a few weeks because I asked the EEOC to ask Stevens Industries if I could go back to my original position in Security. I was granted my unemployment.


- If Joan Thies did not submit any written policies regarding misconduct or insubordination or have any documentation of it in my personnel file, then why did she go after me for misconduct and insubordination?? This is just retaliation because I turned them into the EEOC again.
- I have had physical, emotional and mental pain and suffering because of what this company has done to me. I didn't deserve what they did to me. I was punished because I kept turning them into the EEOC, which is my right to do so.
    1. I haven't really slept well at night since Stevens Industries fired me because I know what they did to me.
    2. I am constantly stressed out and frustrated because I am having such a hard time getting a job.
    3. I cry and get depressed.

4. Stevens Industries retaliated and fired me so I lost my insurance and about 3 weeks later on May 24, 2017 I fell on my left foot and broke my left big toe. I couldn't hardly walk on it for about 3 months and couldn't hardly wear shoes. I got a pinched nerve in my left shoulder blade and around my elbow laying on the arm of the couch when I would lay propped up on the couch with my toe and it caused tendinitis in my left arm and numbness in my thumb and first two fingers. I have bone spurs and osteoarthritis in my left big toe as a result of falling on my foot and it not really healing properly and was told that I probably should have had surgery to fix it.
5. I ended up getting Eczema from taking 2 rounds of steroids for my tendinitis. It gets red, hurts, itches and gets scaly sometimes.

- Stevens Industries wouldn't give me enough training to do the Purchasing / Clerical Support that I was moved to due to the mediation. I am quite capable of learning. I was Salutatorian in high school and I finished both Medical Coding and Billing and Medical Transcription with a 95% GPA. I was also on the Dean's List for At-Home Professions where I took the classes. When I would get stuck and need help the trainers would just tell me that they couldn't help me right now and I would just be sitting there for 2-3 hours with nothing else to do before they would come back and say that they could help me now.

- I have shown that James Buhnerkempe told me in an email that "I assure you no one at Stevens Industries is fighting your unemployment." The unemployment adjudication papers say Employer Contest: Yes. May 25, 2017

- I have shown that Joan Thies falsified the Complaint Report or documentation when she said that "Tina said Yes." that the harassment with Ronnie Burton was over. Joan Thies was trying to force me to say yes that the harassment with Ronnie Burton was over. She kept me in security when I was security clerk past my shift because I wouldn't agree with her. I told her "Whatever" because she was trying to force me to say yes. Joan and I argued several times about the email that she had sent stating that Ronnie Burton was to clock in and clock out and move on. I had never seen this paper before I requested the complete copy of my personnel file. In addition, if I had agreed to it then why didn't I sign it???

- This company has destroyed my employability in the area. They have a lot of influence in the area with other businesses and with hospitals and medical offices because they are a major company in the area. I think they are a Fortune 500 company.

- This company has ruined my permanent work record because I turned them into the EEOC.

- This company conspired to get me out of the company and keep me out of the company because I kept turning them into the EEOC which is my right to do so.

- This company will lie to try to get out of trouble.
- This company will even lie under oath.
- This company does not care about laws, rules, or regulations.  This company does whatever it wants and expects their attorney to get them out of whatever wrongdoing they did.

Tina L. Lidy

*Tina L. Lidy*

19-cv-1266

Clerk's Office / Judge Magistrate Mark Beatty,

I would like to motion that this complaint form that I found in my personnel file be added to the charge list against Stevens Industries.

Or

I would like to enter the complaint report or documentation as evidence to show that Joan Thies (Stevens Industries) lies and falsifies reports or documentation.

- There is a page in my personnel file that says that I agreed to the harassment being over by Ronnie Burton that I had never seen before and Joan and I argued that day about in an email she said that he wasn't to be down in my work area except to clock in and out and to move on and she told me about 4 times to "Get off that email!" and I kept telling her that is what her email said.  She kept me in the security office when I was security clerk past my time to leave because I did not agree with what she had said.  She was trying to force me to agree with her.  It was past when my shift ended when she let me go.  This report is a lie.  My answer was not "Yes".  I told her "Whatever" because she was trying to force me to say yes.  In addition, if I had agreed to this report then why didn't I sign it???  This report is false and it is a lie.  It is fabricated.  It is against the law to falsify reports.  Joan Thies should be found guilty of falsifying reports.  I would like to motion that this be added to the charge list or entered as evidence that Joan Thies (Stevens Industries) lies and falsifies reports or documentation.

This was included in the box that I sent to Stevens attorney as well.

Tina L. Lidy

*Tina L. Lidy* (signature)

3:19-cv-1266

# Complaint Form

Date             May 15, 2015 of          Complaint

Associate name    Tina Lidy
Supervisor         Ryan Lee
Department       Security

The purpose is to document a discussion that took place Thursday January 28 with the following employees were present
Tina Lidy, Security
Ryan Lee  supervisor
Jim Buhnerkempe   Chief  Financial Officer
Joan Thies    Personnel Manager
At this meeting we conducted a wrap up discussion to determine if the harassment event that occurred May 15th has been resolved.
Tina agreed saying that Ron has not spoken to her since that day , he long longer comes to her office , he does not communicate to her in any way .There have been no interaction with Ron Burton towards Tina since this time .
When asked if the harassment has been resolved Tina said yes.

It was agreed and understood this this complaint is resolved.


_Tina _____
         _____     Signature
              Date

1

# Complaint Form

Date           May 15, 2015
                  of                           Complaint

Associate name    Tina Lidy
Supervisor          Ryan Lee
Department       Security

The purpose is to document a discussion that took place Thursday January 28 with the following employees were present
Tina Lidy, Security
Ryan Lee supervisor
Jim Buhnerkempe Chief Financial Officer
Joan Thies Personnel Manager
At this meeting we conducted a wrap up discussion to determine if the harassment event that occurred May 15 has been resolved.
Tina agreed saying that Ron has not spoken to her since that day, he long longer comes to her office, he does not communicate to her in any way. There have been no interaction with Ron Burton towards Tina since this time.
When asked if the harassment has been resolved Tina said yes. **This is a lie.**
It was agreed and understood this this complaint is resolved. **I did not say that.**
**This report is false.**
**This is fabricated.**

**No Signature →**

_Tina _____
                            Signature
     Date

I had never seen this paper until I requested a complete copy of my personnel file after I was fired. Joan had sent me an email stating that Ronnie Burton was to clock in, clock out & move on. Joan kept arguing with me for 5-10 minutes and told me repeatedly to "set off that email." I told her that was what she sent me. Ronnie Burton was still hanging out down by the security office after he was told not to

**Joan Thies**

To: Tina Lidy
Subject: RE: FW: Ronnie Burton

Tina,
Action taken
Tuesday 7-21-5015 around 1:00 after lunch I spoke to Ron he signed a second harassment follow-up counseling. This was in response to your concern that Ron's being by the plant entrance break area for any length of time this was causing you to be uncomfortable.

I explained that Ron effective today that he is not to sit in the area by the security entrance. He asked if that meant he can't visit with his friend in the back and I said yes that means you can't visit with associates near the time clocks or employee break area but you can visit with him in another location in the plant.

Tina you mentioned this was the fourth time that you complained about Ron being by the employee vending machines in the break area. In the past weeks Ron was told not to take lunch in that break area instead, go outdoors as is his practice or to use the employee center closest to his work center. The thought being as long as Ron was not lingering around near the security office for extended periods of time he would not be a causing you any concern.

With your e-mail and videos you have been sending I can see that the two of us had a different understanding of what Ron is expected to do. In response to our discussion on Thursday or Friday last week we have taken the extra measure to reduce your anxiety. Ron has been told that he can't stay in that area near security he is to clock in and out, use the vending or ice and water machine and move out of that area closest to the security office. I can see that wall with no windows and stairway between you and your security office have given you no sense of security.

During Tuesdays discussion Ron was sorry that you still felt uncomfortable by his presence. Ron told me that he has not spoken to you since we first brought the harassment complaint to his attention and he agreed to comply with our demands.

Stevens Industries hope there are no more events but should there be please call me or page me we want to address your concern as quickly as we can. If I don't respond get Rob Bushue his supervisor Ext. 3557 he will address the issue in my absence.

---

Joan Thies | Stevens Industries, Inc. | P: 217-857-7103
Human Resources Manager | 704 West Main Street | F: 217-857-7203
www.stevensind.com | Teutopolis, IL 62467

(confidentiality notice illegible)

---

From: Tina Lidy [mailto:tinal@stevensind.com]
Sent: Tuesday, July 21, 2015 2:00 PM
To: 'Joan Thies'
Subject: RE: FW: Ronnie Burton

1

Joan Thies has been in trouble before for unfair practices or wrong doings. I think it was before she started Stevens Industries before 1999. Joan Thies was HR at Sherwin - William Paints in Effingham, IL. They had built a new Aerosol building or something and the employees that were already working at Sherwin-Williams on 3rd shift wanted first shift in the new Aerosol building or something and Joan Thies was promising jobs to people from local companies like 3Z Printing and Stevens Industries the 1st shift positions at the new Aerosol building for Sherwin – Williams. Joan was fired over this and then went to Stevens Industries.

Brian Jellison drives the straight trucks and vans there and he told me that he told Joan Thies and his supervisor Robbie Snow more than once that he would not go work in the Effingham Warehouse, on the dock, or up in Stock Stores before they fired him and then she let him come back.

I think Stevens Industries might be saying negative things about me to people who call and inquire about my employment with them. I had an interview in Altamont for a Customer Service position through a temp agency. Then the same temp agency called me and asked if they could send my stuff over to the same business in Altamont, IL for a Data Entry job. The temp agency said that the company wasn't interested in me because the Data Entry worked closely with the Customer Service Representative. That sounds to me like someone (Stevens Industries) is telling them that I don't work well with other people and that is not the case. I worked closely together in an office of about 20-30 people at Herff Jones and I was on the Excel team made up of myself and two other people. I have really good work reviews from Herff Jones. I have never been talked to warned or written up about misconduct or insubordination at Stevens or anywhere else that I worked. I also was interviewed at a company in Dieterich, IL about a year before I was fired and they told me that they were really interested in me because it was a Data Entry, Order Processing, Customer Service position. I think they also talked to Stevens and they told them negative things about me because now I can't even get an interview with them.

Also, a Truck Company in Effingham sent me an email saying that they would contact me in March about an interview. They never sent me an email so I sent them one asking if they had filled the position and they didn't respond until after they hired someone. I think maybe they contacted Stevens also about me. I can't even get low paying jobs through a temp service and I think it all points back to what Stevens is telling them when they call to inquire about me. I was fired because I turned them back in for not paying me correctly after I was moved to a Purchasing / Clerical Support position and for them not giving me enough training. They were just looking for a reason to fire me because I turned them in again. The reason Joan Thies gave me when she fired me was "We are ending your session. You are not happy here and it is not working for us either." There was never any mention until I signed up for unemployment that it was misconduct or insubordination. I have never been talked to, warned, or written up at Stevens Industries or anywhere else that I have worked. Everyone else that worked at Stevens would get talked to, warned, and written up about things and they just fired me. That isn't fair. I just complained because they weren't giving me enough training and one of my trainers was talking to me like I was stupid and I was just fired. My trainer Cheryl Jared said "Don't you understand how to do this?". Cheryl Jared had only trained me about an hour to optimize a board pattern. I felt that Cheryl Jared was creating a hostile work environment for me. There isn't anything in my complete copy of my personnel file that indicates that anyone was talked to about me not getting enough training or Cheryl Jared talking to me like I was stupid when she was training me. I don't think Joan Thies did her job to investigate it.   Stevens Industries (Joan Thies) purposely ruined my work history to benefit them because I turned them in again. I had never been fired from anywhere before that.

I have had 3 different interviews through a temp agency for Data Entry. I did Data Entry at Herff Jones in Arcola, Illinois for almost 12 years and I can't even get a temp job for something that I have experience in for almost 12 years.

I can't even get hired for part-time office work. I think it is because Stevens Industries fired me from an Office position and possibly saying negative things about me. I don't think people in Effingham, Illinois want to hire someone for an office job because they were fired. Again, I am originally from about 45 minutes North of where I am currently living and not from this area.

I also had an interview at J & J Ventures Gaming in Effingham Illinois. I interviewed with Sharon Koeble (Pronounced Cable) about a Customer Service position. Sharon told me that she made a couple of calls before my interview and looked at my resume at least twice and noticed that I had worked almost 12 years at Herff Jones and Stevens Industries for only about 2 years. Sharon asked me about Stevens Industries and I told her that I was moved to a new job and they said that it wasn't working out. It sounded like she knew that I had complained about not getting enough training because she said that she basically already heard that. I think one of these calls might have been to Stevens Industries to inquire about me working at Stevens. I think Sandra Bushby the new HR Manager at Stevens might be saying negative things about me. I think that she might be telling people that call to inquire about me about me complaining about not getting enough training after I was moved to my new job in Purchasing and maybe saying that I refused to train with Cheryl Jared, but probably isn't telling them that she was talking to me like I was stupid when she was training me or saying that I don't work well with others and that isn't the case. I worked closely with people at Herff Jones in Arcola, Illinois and had very good reviews there. I think the new HR Manager Sandra Bushby might also be telling them that it was "Misconduct or Insubordination". I was granted my unemployment so it was unfounded and this shouldn't be mentioned to people to inquire about my working at Stevens Industries if she is telling people this. I think I only called in about 4 days in over two years and at least two of those I used the reason as "Not getting enough training" because I was stressed out and frustrated because I wasn't getting enough training.

I had an interview for a Customer Service Representative at Kingery Printing in Effingham Illinois. During the interview I was asked if I had issues working with HR. I think Stevens Industries is telling people that I have issues working with HR.

I have went to 4 different temp agencies in Effingham Illinois and they can't get me hired either.

From: Tina Lidy
1003 Penguin Street
Effingham, IL 62401

To: Clerks Office
750 Missouri Ave
East St. Louis, IL 62201

**UNITED STATES POSTAL SERVICE** — Retail

P — US POSTAGE PAID
**$12.30**
Origin: 62401
06/03/20
1623880701-08

PRIORITY MAIL 2-DAY ®

7 Lb 1.8 Oz
1004

EXPECTED DELIVERY DAY: 06/06/20

C002

SHIP TO:
750 MISSOURI AVE
EAST SAINT LOUIS IL 62201-2954

USPS TRACKING NUMBER

9505 5126 8571 0155 2951 26


RECEIVED
JUN 0 8 2020
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE


PRIORITY MAIL — TRACKED INSURED
UNITED STATES POSTAL SERVICE ®
For Domestic and International Use
Label 107R, May 2014

RECEIVED
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE